IN THE SUPREME COURT OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Appellant,*
*Petitioner on Review*

*v.*

TOM RALPH BOBBITT,
*Defendant-Respondent,*
*Respondent on Review.*

CA A142610; SC S060385

**ORDER DISMISSING PETITION FOR REVIEW,
VACATING COURT OF APPEALS DECISION,
AND REMANDING CASE TO CIRCUIT COURT**

Upon consideration by the court.

The State of Oregon has filed a petition for review that is pending in this court. The parties have notified the court that Defendant Bobbitt has died. Counsel for Defendant Bobbitt has moved to dismiss the petition for review. Appellant State of Oregon (state) also has moved to dismiss the petition for review and has further requested that the court vacate the Court of Appeals opinion and remand the case to the trial court for an order dismissing the pending case against defendant.

Both motions to dismiss the pending petition for review are granted and the petition for review is dismissed. The state's request to vacate the Court of Appeals decision is granted. The decision of the Court of Appeals is vacated and the case is remanded to the circuit court with instructions to dismiss the pending case against defendant.

October 4, 2012                                Thomas A. Balmer
                                               Chief Justice,
                                               Supreme Court